UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUGO HERNANDEZ-CHOLALPAN,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　　　　　Respondent. | Case No. C14-496-MJP<br><br>**ORDER OF DISMISSAL** |

The Court, after careful consideration of petitioner's habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

1. The Court adopts the Report and Recommendation.

2. Respondent's motion to dismiss is **GRANTED**.  Dkt. 6.

3. Petitioner's petition for writ of habeas corpus is **DENIED**, Dkt. 1, and this matter is **DISMISSED** without prejudice.

4. The Clerk shall send a copy of this Order to petitioner, counsel, and to Judge Tsuchida.

DATED this 22nd day of July, 2014.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

ORDER OF DISMISSAL - 1